CHACE, Respondent, v. WARSAW WATER WORKS CO., Appellant.

(Supreme Court, General Term, Fifth Department.  January 18, 1894.)

Action by Martin D. Chace against the Warsaw Water Works Company.
No opinion.  Motion to strike case from calendar and for affirmance denied.

COOK v. BENTLEY.

(Supreme Court, General Term, Fifth Department.  January 18, 1894.)

Action by Harris Cook against Herbert Bentley.
No opinion.  Motion to dismiss appeal upon the ground of nonservice of
printed papers granted, unless the appellant cause the papers to be served
within 60 days, and pay the respondent $10 costs of the motion.

CRISP, Appellant, v. RICE, Respondent.

(Supreme Court, General Term, Fifth Department.  January 18, 1894.)

Action by William Crisp against Francis Rice.
No opinion.  Motion to dismiss appeal denied, and the order of the county
court of Livingston county appealed from affirmed, with $10 costs and dis-
bursements.

CRITTENDEN et al., Respondents, v. LANGNECHT, Appellant.

(Supreme Court, General Term, Fifth Department.  January 18, 1894.)

Action by T. Franklin Crittenden and others against Barbara Langnecht.
No opinion.  Motion to dismiss appeal upon the ground of the nonservice
of printed papers granted, unless the appellant cause the papers to be served
on or before the first Saturday of the term, and pay the respondent $10
costs of the motion.

CUMMING, Appellant, v. CUSHING, Respondent.

(Supreme Court, General Term, Fifth Department.  January 18, 1894.)

Action by Patrick H. Cumming against Esther C. Cushing, as administra-
trix, etc.
No opinion.  Judgment appealed from affirmed, with costs.

In re DAGGETT'S ESTATE.

(Supreme Court, General Term, Fifth Department.  January 18, 1894.)

Judicial settlement of the accounts of Nelson Daggett, as administrator
of Danforth Daggett, deceased.
No opinion.  Order of surrogate's court of Cattaraugus county appealed
from (22 N. Y. Supp. 911) affirmed, with costs.